# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS F. URRUTIA PAGAN      *    CASE NO: 10-02808 SEK
                                               *    CHAPTER 13
                                               *

DEBTOR                              *
                                               *

* * * * * * * *

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
### AND STATEMENT OF THE PURPOSE
### OF THE AMENDMENT

Debtor has filed an amended Chapter 13 plan, copy of which is herewith enclosed. If no objection in writing is filed seven (7) days prior to the date set for the confirmation hearing, the court may enter an order confirming this plan.

1- Debtor filed an amended Chapter 13 plan dated 8/24/2010 to *increase the base of the plan.*

In San Juan, Puerto Rico, this 24th day of August, 2010

**CERTIFICATE OF SERVICE:** That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the all non CM/ECF participants, Creditors and parties in interest as per the Master address list.

                                         /S/WILBERT LOPEZ MORENO, ESQ
                                         **Representing LUIS F URRUTIA PAGAN**
                                         1272 Jesús T. Piñero
                                         San Juan, Puerto Rico, 00921
                                         787-782-5364 /Fax-787-793-5790
                                         E-mail: wilbert_lopez@yahoo.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:  
URRUTIA PAGAN, LUIS FERNANDO & ECHEVARRIA SERRANO, JEAN  
Debtor(s)

Case No. _____  
Chapter 13

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/24/2010  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 675.00 x 12 = $ 8,100.00  
$ 1,250.00 x 48 = $ 60,000.00  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  

TOTAL: $ 68,100.00

Additional Payments:  
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:  
_____

☐ Other:  
_____

Periodic Payments to be made other than, and in addition to the above:  
$ ____ x ____ = $ ____

PROPOSED BASE: $ 68,100.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,800.00

Signed: /s/ LUIS FERNANDO URRUTIA PAGAN  
Debtor

/s/ JEAN ECHEVARRIA SERRANO  
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **BANCO POPULAR P** Cr. ____ Cr. ____  
# 2089   # ____   # ____  
$ 1,683.00  $ ____  $ ____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **CRIM**   Cr. **TOYOTA CREDIT**   Cr. ____  
# 6825   # 3021   # ____  
$ 149.00  $ 23,113.00  $ ____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ____   Cr. ____   Cr. ____  
# ____   # ____   # ____  
$ ____   $ ____   $ ____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  

5. ☐ Other:  

6. ☑ Debtor otherwise maintains regular payments directly to:  
**BANCO POPULAR P**  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ____  
☐ Paid 100% / ☐ Other: ____  
Cr. ____   Cr. ____   Cr. ____  
# ____   # ____   # ____  
$ ____   $ ____   $ ____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*  
TRUSTEE WILL PAY ATTORNEY'S FEE BEFORE ANY CLAIM  
TRUSTEE WILL PAY $150.00 TO TOYOTA FINANCIAL AS ADEQUATE PROTECTION UNTIL CONFIRMATION OF PLAN  
PLUS INSURANCE THROUGH THE PLAN- MAT. DATE-11/2012  
DEBTOR CONSENT RELIEF OF STAY TO BBVA  
"Any post petition income tax refund that the debtor would be entitled to received during the term of the plan will be used to fund this plan. After its confirmation, and without further notice, hearing or Court order, the plan shall deemed modified by increment to its base, in an amount equal to the amount of each income tax refund"

Attorney for Debtor **Wilbert Lopez Moreno, P.S.C.**  Phone: **(787) 793-5790**

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA                  BANCO POPULAR DE PUERTO RICO
0104-3                                    ANGEL M VAZQUEZ BAUZA                 c/o WALLACE VAZQUEZ SANABRIA
Case 10-02808-SEK13                       PO BOX 191017                         17 MEXICO STREET, SUITE D-1
District of Puerto Rico                   SAN JUAN, PR 00919-1017               SAN JUAN, PR 00917-2202
Old San Juan
Tue Aug 24 15:57:27 AST 2010

CR Evergreen, LLC                         GE MONEY BANK                         US Bankruptcy Court District of P.R.
MS 550                                    C/O RECOVERY MANAGEMENT SYSTEMS CORP  U.S. Post Office and Courthouse Building
PO Box 91121                              25 SE 2ND AVE SUITE 1120              300 Recinto Sur Street, Room 109
Seattle, WA 98111-9221                    MIAMI, FL 33131-1605                  San Juan, PR 00901-1964


ALBERTO ARROYO                            BANCO BILBAO VIZCAYA ARG              BANCO BILBAO VIZCAYA ARGENTARIA PR
P O BOX 752                               P O BOX 364745                        ANGEL M. VAZQUEZ BAUZA
FAJARDO, PR 00738-0752                    SAN JUAN, PR 00936-4745               PO BOX 191017
                                                                                SAN JUAN  PR 00919-1017


BANCO POPULAR PR                          CRIM                                  Department of Treasury
P O BOX 366818                            LEGAL COUNSEL OFFICE                  Bankruptcy Section (424-B)
SAN JUAN, PR 00936-6818                   PO BOX 195387                         PO Box 9024140
                                          SAN JUAN PR 00919-5387                San Juan, PR 00902-4140


FRANCES HAINES VDA DE SIERRA              FRANCISO ROSARIO                      (p)INTERNAL REVENUE SERVICE
P O BOX 2223                              P O BOX 70005                         CENTRALIZED INSOLVENCY OPERATIONS
RIO GRANDE, PR 00745-2239                 FAJARDO, PR 00738-7005                PO BOX 21126
                                                                                PHILADELPHIA PA 19114-0326


LCDO HERIBERTO TORRES VILLANUEVA          National Capital Management, LLC.     POPULAR AUTO
54 PASEO COVADONGA STE 201-202            8245 Tournament Drive                 BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00901-2635                   Suite 230                             PO BOX 366818
                                          Memphis, TN 38125-1741                SAN JUAN PUERTO RICO 00936-6818
                                          USA


Recovery Management Systems Corporation   SUNTRUST BANK INC                     TARGET NATIONAL BANK
For GE Money Bank                         ATTN SUPPORT SERVIC                   C O WEINSTEIN AND RILEY, PS
dba SAM'S CLUB                            PO BOX 85092                          2001 WESTERN AVENUE, STE 400
25 SE 2nd Ave Ste 1120                    RICHMOND VA 23286-0001                SEATTLE, WA 98121-3132
Miami FL 33131-1605


TCPR - Toyota Credit de Puerto Rico       TOYOTA CREDIT                         FRANCES D. HAINES LOPEZ
P.O. Box 366251                           P O BOX 71410                         PO BOX 2223
San Juan, Puerto Rico 00936-6251          SAN JUAN, PR 00936-8510               RIO GRANDE, PR 00745 PUERTO RICO 00745-2239


JEAN ECHEVARRIA SERRANO                   JOSE RAMON CARRION MORALES            LUIS FERNANDO URRUTIA PAGAN
PO BOX 343                                PO BOX 9023884                        BOX 343
PALMER, PR 00721-0343                     SAN JUAN, PR 00902-3884               PALMER, PR 00721-0343


MONSITA LECAROZ ARRIBAS                   WILBERT LOPEZ MORENO
OFFICE OF THE US TRUSTEE (UST)            WILBERT LOPEZ MORENO & ASOCIADOS
OCHOA BUILDING                            1272 AVE. JESUS T. PINERO
500 TANCA STREET SUITE 301                SAN JUAN, PR 00921-1616
SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| (d)BANCO POPULAR DE PUERTO RICO | (d)CR Evergreen, LLC | End of Label Matrix | |
| c/o WALLACE VAZQUEZ SANABRIA | MS 550 | Mailable recipients | 28 |
| 17 MEXICO STREET, SUITE D-1 | PO Box 91121 | Bypassed recipients | 2 |
| SAN JUAN, PR 00917-2202 | Seattle, WA 98111-9221 | Total | 30 |