**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 10-02808 SEK** |
| LUIS FERNANDO URRUTIA PAGAN | Chapter 13 |
| JEAN ECHEVARRIA SERRANO | |
| XXX-XX-6825 | |
| XXX-XX-3431 | |
| **Debtor(s)** | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **HEARING** scheduled for **10/26/10 AT 9:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR NOVEMBER 9, 2010 AT 9:00 A.M.**

San Juan, Puerto Rico, this 24 day of September, 2010.

           CELESTINO MATTA-MENDEZ
           Clerk of the Court

    BY:  CARMINA ROSADO LOZA
         Deputy Clerk

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**

ALL CREDITORS